**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ALROSE ALLEGRIA LLC, | Case No. 15-_____ (\_\_\_\_\_) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following is a list of the debtor's equity security holders.

| Name and Address of Holder | Nature of Holdings | Amount of Interest Held |
|---|---|---|
| Allen Rosenberg<br>c/o The Alrose Group<br>Station Plaza<br>Woodmere, NY 11598 | Membership interest | 75% |
| SG Broadway LLC<br>c/o The Alrose Group<br>Station Plaza<br>Woodmere, NY 11598 | Membership interest | 25% |

NY55/144716.1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ALROSE ALLEGRIA LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 15-_____ (\_\_\_\_\_) |

## DECLARATION UNDER PENALTY OF PERJURY

      I, the authorized agent of the within debtor, declare under penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Dated: July 2, 2015

                                            */s/ Allen Rosenberg*
                                            Allen Rosenberg