**SILVERMANACAMPORA LLP**
Attorneys for Kenneth P. Silverman, Esq.,
  the Chapter 11 Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Brian Powers
Haley L. Trust

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

    ALROSE ALLEGRIA, LLC,

                  Debtor.

-------------------------------------------------------------X

In re:

    ALROSE KING DAVID, LLC,

                  Debtor.

-------------------------------------------------------------X

Chapter 11

Case No. 15-11760 (SHL)

Chapter 11

Case No. 16-10536 (SHL)
**(Jointly Administered)**

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE UNDER PLAN

**PLEASE TAKE NOTICE THAT:**

1.    On November 23, 2021, the United States Bankruptcy Court for the Southern District of New York (this "Court") entered an order (the "Confirmation Order") confirming the *Chapter 11 Trustee's Plan of Liquidation Under Chapter 11 of the Bankruptcy Code*, dated September 15, 2021 (the "Plan") (ECF Doc. No. 506).

2.    As of February 23, 2022, all of the conditions precedent to the Effective Date of the Plan have been satisfied.

3.    Accordingly, on February 23, 2022, the Effective Date occurred with respect to the Plan.

4.    Pursuant to Section (B) of Article VI of the Plan, all claims arising from the rejection (if any) of Executory Contracts or Unexpired Leases must be filed with the Clerk of the

U.S. Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, and served upon the Notice Parties so that they are received **within the later of: (a) thirty (30) days after the entry of an order of the Court approving any such rejection; and (b) March 25, 2022.**

Dated: Jericho, New York
   February 23, 2022

             SILVERMANACAMPORA LLP
             Counsel to Kenneth P. Silverman, Esq.,
               the Chapter 11 Trustee

       By: */s/ Ronald J. Friedman*
           Ronald J. Friedman
           A Member of the Firm
           100 Jericho Quadrangle, Suite 300
           Jericho, NY 11753
           (516) 479-6300