# EXHIBIT B

**CLOSING REPORT**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x
:
: Case No. 15-1176 (SHL)
ALROSE ALLEGRIA, LLC, et al., :
: Chapter 11
Debtors. :
---------------------------------------------x

## CLOSING REPORT IN CHAPTER 11 CASE

To the best of my knowledge and belief, the following is a breakdown in this case:

FEES AND EXPENSES (from case inception):

$1,002,048.00 FEE for ATTORNEY for DEBTOR

$799,754.67 OTHER PROFESSIONAL FEES and ALL EXPENSES

---

$1,003,872.17 TRUSTEE FEE (if applicable)

$1,401,974.75 FEE for ATTORNEY for TRUSTEE (if applicable)

---

100% DIVIDEND PAID TO CH. 11 ADMINISTRATIVE AND PRIORITY CREDITORS OTHER THAN TAXING AUTHORITIES AND 1.60% PAID TO GENERAL UNSECURED CREDITORS

● FUTURE DIVIDENDS TO PRIOIRTY TAX CREDITORS (check if % of future dividend under plan not yet able to be determined)

---

February 23, 2022 FINAL DISTRIBUTION UNDER THE PLAN COMPLETED

● OTHER: REMAINING DISTRIBUTION TO NYS DEPARTMENT OF TAXATION AND FINANCE, INTERNAL REVENUE SERVICE, AND NYS DEPARTMENT OF LABOR ONLY IS EXPECTED UPON RECEIPT OF REMAINING FUNDS DUE UNDER PLAN.

DATE: March 10, 2022        APPLICANT
                            BY _____
                            Kenneth P. Silverman, Esq., Trustee

2785763v1 / 065855.065855 / LMM