UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re:

    ALROSE ALLEGRIA, LLC,

                  Debtor.

Chapter 11

Case No.: 15-11760 (PB)

---------------------------------------------------------------X

In re:

    ALROSE KING DAVID, LLC,

                  Debtor.

Chapter 11

Case No.: 16-10536 (PB)
(Jointly Administered)

---------------------------------------------------------------X

**FINAL DECREE AND ORDER CLOSING CHAPTER 11
CASES PURSUANT TO 11 U.S.C. § 350(a) AND 1106(a)(7),
BANKRUPTCY RULE 3022, AND LOCAL BANKRUPTCY RULE 3022-1**

Upon the application (the "Application"), Kenneth P. Silverman, Esq., the chapter 11 trustee (the "Trustee") of the jointly administered estates of Alrose Allegria, LLC ("Allegria") and Alrose King David, LLC ("AKD") (collectively, the "Debtors"), pursuant to sections 350(a) and 1106(a)(7) of title 11, United States Code (the "Bankruptcy Code"), Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3022-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), seeks entry of a final decree and order closing the Debtor's jointly administered chapter 11 cases; and upon the representations made by the Trustee in the Application regarding the distributions and disbursements made under the *Chapter 11 Trustee's Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* (the "Plan"), confirmed by Order of this Court on November 23, 2021; and it appearing that the Plan is substantially consummated; and it appears that the Debtors' chapter 11 cases are fully administered; and no objections having been filed to the Application; and for good and sufficient cause; it is hereby

1

**ORDERED**, that the Trustee shall reserve sufficient funds to pay the Office of the United States Trustee the amount of any quarterly fees due pursuant to 28 U.S.C. § 1930 and any applicable interest due pursuant to 31 U.S.C. § 3717, which fees and interest, if any, shall be paid within ten (10) days of the entry of this Final Decree. Upon the payment of such quarterly fees, the Trustee shall simultaneously provide to the United States Trustee a declaration indicating cash disbursement for the quarter in which this Final Decree is entered, and for any other relevant quarter or quarters; and it is further

**ORDERED**, that the Debtor's jointly administered chapter 11 cases are hereby closed.

Dated: New York, New York
September 21, 2022

/s/ Philip Bentley
**Honorable Philip Bentley**
**United States Bankruptcy Judge**