| | | |
|---|---|---|
| **In re** ALROSE ALLEGRIA LLC | **Case No.** | 15-11760 (SHL) |
| Debtor | **Reporting Period:** | 07/01/22 - 09/21/22 |

NOTES TO THE POST-CONFIRMATION REPORT

1. THE CHAPTER 11 TRUSTEE WAS APPOINTED ON FEBRUARY 9, 2016 AND WAS AUTHORIZED TO OPERATE THE DEBTOR PURSUANT TO COURT ORDER.

2. ON NOVEMBER 23, 2021, THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK (THIS "COURT") ENTERED AN ORDER (THE "CONFIRMATION ORDER") CONFIRMING THE CHAPTER 11 TRUSTEE'S PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, DATED SEPTEMBER 15, 2021 (THE "PLAN") (ECF DOC. NO. 506).

   AS OF FEBRUARY 23, 2022, ALL OF THE CONDITIONS PRECEDENT TO THE EFFECTIVE DATE OF THE PLAN HAVE BEEN SATISFIED.

   ACCORDINGLY, ON FEBRUARY 23, 2022, THE EFFECTIVE DATE OCCURRED WITH RESPECT TO THE PLAN.

   ON SEPTEMBER 21, 2022, THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK (THIS "COURT") ENTERED THE FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASES PURSUANT TO 11 U.S.C. § 350(a) AND 1106(a)(7), BANKRUPTCY RULE 3022, AND LOCAL BANKRUPTCY RULE 3022-1 (ECF DOC. NO. 525).

3. THE ATTACHED POST-CONFIRMATION REPORT INCLUDES THE FOLLOWING SCHEDULES:

   SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
   BANK RECONCILIATIONS
   PAYMENTS TO PROFESSIONALS

| In re ALROSE KING DAVID LLC | Case No. 16-10536 (SHL) |
|---|---|
| Debtor | Reporting Period: 07/01/22 - 09/21/22 |

NOTES TO THE POST-CONFIRMATION REPORT

1. THE CHAPTER 11 TRUSTEE WAS APPOINTED ON FEBRUARY 9, 2016 AND WAS AUTHORIZED TO OPERATE THE DEBTOR PURSUANT TO COURT ORDER.

2. ON NOVEMBER 23, 2021, THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK (THIS "COURT") ENTERED AN ORDER (THE "CONFIRMATION ORDER") CONFIRMING THE CHAPTER 11 TRUSTEE'S PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, DATED SEPTEMBER 15, 2021 (THE "PLAN") (ECF DOC. NO. 506).

   AS OF FEBRUARY 23, 2022, ALL OF THE CONDITIONS PRECEDENT TO THE EFFECTIVE DATE OF THE PLAN HAVE BEEN SATISFIED.

   ACCORDINGLY, ON FEBRUARY 23, 2022, THE EFFECTIVE DATE OCCURRED WITH RESPECT TO THE PLAN.

   ON SEPTEMBER 21, 2022, THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK (THIS "COURT") ENTERED THE FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASES PURSUANT TO 11 U.S.C. § 350(a) AND 1106(a)(7), BANKRUPTCY RULE 3022, AND LOCAL BANKRUPTCY RULE 3022-1 (ECF DOC. NO. 525).

3. THE CHAPTER 11 TRUSTEE DID NOT RECEIVE NOR DISBURSE ANY FUNDS IN THE CASE FOR THE PERIOD JULY 1, 2022 - SEPTEMBER 21, 2022.

4. SINCE THE EFFECTIVE DATE OF THE PLAN THROUGH SEPTEMBER 21, 2022 THE CHAPTER 11 TRUSTEE HAS NOT RECEIVED NOR DISBURSED ANY FUNDS IN THE CASE.

In re ALROSE ALLEGRIA LLC                         Case No. 15-11760 (SHL)
     Debtor                                       Reporting Period: 07/01/22 - 09/21/22

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

**BANK ACCOUNTS**

| ACCOUNT NUMBER (LAST 4) | CARVE OUT RESERVE #0637 (A/C CLOSED) | SECURED CREDITOR FUNDING #0033 | EARNEST MONIES #0629 | POST-CONFIRMATION #0926 | PRE-CONFIRMATION MAIN A/C #8608 | POST-CONFIRMATION MAIN A/C #8616 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | 0 | 203,378 | 0 | 376,334 | 0 | 0 | 579,712 |
| RECEIPTS | | | | | | | |
| BANK TRANSFERS | | | | | 206,012 | 375,502 | 581,514 |
|   TOTAL RECEIPTS | 0 | 0 | 0 | 0 | 206,012 | 375,502 | 581,514 |
| DISBURSEMENTS | | | | | | | |
| BANK TRANSFERS | | 206,012 | | 375,502 | | | 581,514 |
| US TRUSTEE QUARTERLY FEES | | | | 832 | | | 832 |
| PAYROLL TAXES | | | | | 136 | | 136 |
| REVERSAL OF OUTSTANDING CHECKS/WIRES -PAYROLL TAXES | | (2,634) | | | | | (2,634) |
| TOTAL DISBURSEMENTS | 0 | 203,378 | 0 | 376,334 | 136 | 0 | 579,848 |
| | | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 0 | (203,378) | 0 | (376,334) | 205,876 | 375,502 | 1,666 |
| | | | | | | | |
| CASH – END OF QUARTER | 0 | 0 | 0 | 0 | 205,876 | 375,502 | 581,378 |

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT QUARTER ACTUAL COLUMN)**

| TOTAL DISBURSEMENTS | 579,848 |
|---|---|
|   LESS: TRANSFERS TO OTHER POST-CONFIRMATION ACCOUNTS | (581,514) |
|   PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | (1,666) |

**In re** ALROSE ALLEGRIA LLC  **Case No.** 15-11760 (SHL)
**Debtor**  **Reporting Period:** 07/01/22 - 09/21/22

BANK RECONCILIATIONS

CARVE OUT RESERVE A/C-AXOS BANK #0637 (A/C CLOSED)
| | | | | |
|---|---|---|---|---|
| BANK BALANCE 09/21/22 | | | | 0.00 |
| OUTSTANDING CHECKS | | | | |
| CK DATE | CK NO. | PAYEE | AMOUNT | |
| | | | | - |
| BOOK BALANCE 09/21/22 | | | | 0.00 |

SECURED CREDITOR FUNDING A/C-AXOS BANK #0033
| | | | | |
|---|---|---|---|---|
| BANK BALANCE 09/21/22 | | | | 0.00 |
| OUTSTANDING CHECKS | | | | |
| CK DATE | CK NO. | PAYEE | AMOUNT | |
| | | | | - |
| BOOK BALANCE 09/21/22 | | | | 0.00 |

EARNEST MONIES A/C-AXOS BANK #0629
| | | | | |
|---|---|---|---|---|
| BANK BALANCE 09/21/22 | | | | 0.00 |
| OUTSTANDING CHECKS | | | | |
| CK DATE | CK NO. | PAYEE | AMOUNT | |
| | | | | - |
| BOOK BALANCE 09/21/22 | | | | 0.00 |

POST-CONFIRMATION MAIN ESTATE A/C - AXOS BANK #0926
| | | | | |
|---|---|---|---|---|
| BANK BALANCE 09/21/22 | | | | 0.00 |
| OUTSTANDING CHECKS | | | | |
| CK DATE | CK NO. | PAYEE | AMOUNT | |
| | | | | - |
| BOOK BALANCE 09/21/22 | | | | 0.00 |

PRE-CONFIRMATION MAIN ESTATE A/C - SIGNATURE BANK #8608
| | | | | |
|---|---|---|---|---|
| BANK BALANCE 09/21/22 | | | | 206,012.02 |
| OUTSTANDING CHECKS | | | | |
| CK DATE | CK NO. | PAYEE | AMOUNT | |
| 9/20/2022 | 30001 | NYS DEPARTMENT OF TAX & FINANCE | (135.58) | (135.58) |
| BOOK BALANCE 09/21/22 | | | | 205,876.44 |

POST-CONFIRMATION MAIN ESTATE A/C - SIGNATURE BANK #8616
| | | | | |
|---|---|---|---|---|
| BANK BALANCE 09/21/22 | | | | 375,501.64 |
| OUTSTANDING CHECKS | | | | |
| CK DATE | CK NO. | PAYEE | AMOUNT | |
| | | | | - |
| BOOK BALANCE 09/21/22 | | | | 375,501.64 |



P.O. Box 911039
San Diego, CA 92191
844-889-0896

| | |
|---|---|
| **Statement Period** | **Account #** |
| 07/01/2022 thru 07/31/2022 | 0033 |
| **Days In Statement Period** | |
| 31 | |

ALROSE ALLEGRIA LLC , DEBTOR
KENNETH SILVERMAN, TRUSTEE
CASE # 15-11760
100 JERICHO QUADRANGLE
SUITE 300
JERICHO NY 11753

 ## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $206,012.02 | $0.00 | $0.00 | $206,012.02 |
| DEPOSIT TOTALS | $206,012.02 | $0.00 | $0.00 | $206,012.02 |

| Trustee Checking - 0033 | |
|---|---|
| Beginning Balance | $206,012.02 |
| Ending Balance | $206,012.02 |

### Interest Earned

| | | | |
|---|---|---|---|
| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $206,012.02 | Average Daily Collected | $206,012.02 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |



| | Statement Period | Account # |
|---|---|---|
| | 08/01/2022 thru 08/31/2022 | 0033 |
| P.O. Box 911039<br>San Diego, CA 92191<br>844-889-0896 | Days In Statement Period | |
| | 31 | |

ALROSE ALLEGRIA LLC , DEBTOR
KENNETH SILVERMAN, TRUSTEE
CASE # 15-11760
100 JERICHO QUADRANGLE
SUITE 300
JERICHO NY 11753

##  Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $206,012.02 | $0.00 | $0.00 | $206,012.02 |
| DEPOSIT TOTALS | $206,012.02 | $0.00 | $0.00 | $206,012.02 |

### Trustee Checking - 0033

| | |
|---|---|
| Beginning Balance | $206,012.02 |
| Ending Balance | $206,012.02 |

### Interest Earned

| | | | |
|---|---|---|---|
| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $206,012.02 | Average Daily Collected | $206,012.02 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |



# Activity Statement

P.O. Box 911039
San Diego, CA 92191-1039
www.axosbank.com

**ALROSE ALLEGRIA LLC , DEBTOR**
KENNETH SILVERMAN, TRUSTEE
CASE # 15-11760
100 JERICHO QUADRANGLE
SUITE 300
JERICHO NY 11753

## Account Summary

| | |
|---|---|
| Account Number: | 0033 |
| Current Interest Rate: | 0.000000 % |
| Current Available Balance: | $0.00 |

## Trustee Checking

From 09/01/2022 To 09/15/2022

| Date | Description | Check # | Amount | Balance |
|---|---|---|---|---|
| 09/14/2022 | DDA Internal Transfer Credit INTERNAL TRANSFER REQUEST | | $206,012.02 | $412,024.04 |
| 09/15/2022 | DDA Internal Transfer Debit REVERSE TRANSFER ERROR | | ($206,012.02) | $206,012.02 |
| 09/15/2022 | DDA Internal Transfer Debit INTERNAL TRANSFER REQUEST | | ($206,012.02) | $0.00 |

*This temporary statement from Axos Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.*

Generated September 22, 2022
Page 1 of 1



| Statement Period | Account # |
|---|---|
| 07/01/2022 thru 07/31/2022 | 0629 |

P.O. Box 911039
San Diego, CA 92191
844-889-0896

Days In Statement Period
31

ALROSE ALLEGRIA LLC , DEBTOR
KENNETH SILVERMAN, TRUSTEE
CASE # 15-11760
100 JERICHO QUADRANGLE
SUITE 300
JERICHO NY 11753

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $0.00 | $0.00 | $0.00 | $0.00 |
| DEPOSIT TOTALS | $0.00 | $0.00 | $0.00 | $0.00 |

### Trustee Checking - 0629

| | |
|---|---|
| Beginning Balance | $0.00 |
| Ending Balance | $0.00 |

### Interest Earned

| | | | |
|---|---|---|---|
| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $0.00 | Average Daily Collected | $0.00 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |



| | Statement Period | Account # |
|---|---|---|
| | 08/01/2022 thru 08/31/2022 | 0629 |

P.O. Box 911039
San Diego, CA 92191
844-889-0896

Days In Statement Period
31

ALROSE ALLEGRIA LLC , DEBTOR
KENNETH SILVERMAN, TRUSTEE
CASE # 15-11760
100 JERICHO QUADRANGLE
SUITE 300
JERICHO NY 11753

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $0.00 | $0.00 | $0.00 | $0.00 |
| DEPOSIT TOTALS | $0.00 | $0.00 | $0.00 | $0.00 |

### Trustee Checking - 0629

| | |
|---|---|
| Beginning Balance | $0.00 |
| Ending Balance | $0.00 |



### Interest Earned

| | | | | |
|---|---|---|---|---|
| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $0.00 | Average Daily Collected | $0.00 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |



| | Statement Period | Account # |
|---|---|---|
| | 07/01/2022 thru 07/31/2022 | 0926 |
| | **Days In Statement Period** | |
| | 31 | |

P.O. Box 911039  
San Diego, CA 92191  
844-889-0896

ALROSE ALLEGRIA LLC, DEBTOR  
KENNETH SILVERMAN, TRUSTEE  
CASE #15-11760  
100 JERICHO QUADRANGLE  
SUITE 300  
JERICHO NY 11753

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $376,334.36 | $0.00 | $0.00 | $376,334.36 |
| DEPOSIT TOTALS | $376,334.36 | $0.00 | $0.00 | $376,334.36 |

### Trustee Checking - 0926

| | |
|---|---|
| Beginning Balance | $376,334.36 |
| Ending Balance | $376,334.36 |

### Interest Earned

| | | | |
|---|---|---|---|
| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $376,334.36 | Average Daily Collected | $376,334.36 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |



| | Statement Period | Account # |
|---|---|---|
| | 08/01/2022 thru 08/31/2022 | 0926 |
| | **Days In Statement Period** | |
| | 31 | |

P.O. Box 911039  
San Diego, CA 92191  
844-889-0896

ALROSE ALLEGRIA LLC, DEBTOR  
KENNETH SILVERMAN, TRUSTEE  
CASE #15-11760  
100 JERICHO QUADRANGLE  
SUITE 300  
JERICHO NY 11753

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $376,334.36 | $0.00 | $832.72 | $375,501.64 |
| DEPOSIT TOTALS | $376,334.36 | $0.00 | $832.72 | $375,501.64 |

### Trustee Checking - 0926

| | | Beginning Balance | $376,334.36 |
|---|---|---|---|
| Date | Description | Credits | Debits |
| 08/25 | PAYMENT   QUARTERLY FEE | | $832.72 |
| | CCD 041036046684957 | | |
| | ALROSE ALLEGRIA LLC | | |
| | | Ending Balance | $375,501.64 |

### Interest Earned

| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
|---|---|---|---|
| Average Daily Ledger | $376,146.32 | Average Daily Collected | $376,146.32 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |



# Activity Statement

P.O. Box 911039
San Diego, CA 92191-1039
www.axosbank.com

**ALROSE ALLEGRIA LLC, DEBTOR**
KENNETH SILVERMAN, TRUSTEE
CASE #15-11760
100 JERICHO QUADRANGLE
SUITE 300
JERICHO NY 11753

## Account Summary

| | |
|---|---|
| Account Number: | 0926 |
| Current Interest Rate: | 0.000000 % |
| Current Available Balance: | $0.00 |

## Trustee Checking

From 09/01/2022 To 09/15/2022

| Date | Description | Check # | Amount | Balance |
|---|---|---|---|---|
| 09/14/2022 | DDA Internal Transfer Credit INTERNAL TRANSFER REQUEST | | $375,501.64 | $751,003.28 |
| 09/15/2022 | DDA Internal Transfer Debit REVERSE TRANSFER ERROR | | ($375,501.64) | $375,501.64 |
| 09/15/2022 | DDA Internal Transfer Debit INTERNAL TRANSFER REQUEST | | ($375,501.64) | $0.00 |

*This temporary statement from Axos Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.*

Generated September 22, 2022
Page 1 of 1



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

```
ALROSE ALLEGRIA LLC DEBTOR            8-161
CASE 1:15-11760
KENNETH P SILVERMAN AS TRUSTEE
100 JERICHO QUADRANGLE, SUITE 300
JERICHO NY  11753          999         See Back for Important Information


                                 Primary Account: 8608              0
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---:|---:|
| BANK DEPOSIT ACCOUNTS | | | |
| 8608 | BANKRUPTCY CHECKING | .00 | 206,012.02 |
| | RELATIONSHIP    TOTAL | | 206,012.02 |



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

```
ALROSE ALLEGRIA LLC DEBTOR           8-161
CASE 1:15-11760
KENNETH P SILVERMAN AS TRUSTEE
100 JERICHO QUADRANGLE, SUITE 300
JERICHO NY  11753        999
```

See Back for Important Information

Primary Account: 8608                    0

BANKRUPTCY CHECKING           8608

Summary

| | |
|---|---:|
| Previous Balance as of September 01, 2022 | .00 |
| 1 Credits | 206,012.02 |
| Ending Balance as of   September 21, 2022 | 206,012.02 |

Deposits and Other Credits
Sep 15   MISC CREDIT    ACCT FUNDING                         206,012.02

Daily Balances
| | | | |
|---|---:|---|---:|
| Aug 31 | .00 | Sep 15 | 206,012.02 |



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From September 01, 2022
To   September 21, 2022
Page    1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

ALROSE ALLEGRIA LLC DEBTOR                8-161
CASE 1:15-11760
KENNETH P SILVERMAN AS TRUSTEE
100 JERICHO QUADRANGLE, SUITE 300
JERICHO NY  11753           999          See Back for Important Information

Primary Account: 8616               0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 8616 | BANKRUPTCY CHECKING | .00 | 375,501.64 |
| | RELATIONSHIP      TOTAL | | 375,501.64 |



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

```
ALROSE ALLEGRIA LLC DEBTOR            8-161
CASE 1:15-11760
KENNETH P SILVERMAN AS TRUSTEE
100 JERICHO QUADRANGLE, SUITE 300
JERICHO NY  11753           999
```

See Back for Important Information

Primary Account: 8616                0

BANKRUPTCY CHECKING           8616

Summary

| | |
|---|---:|
| Previous Balance as of September 01, 2022 | .00 |
| 1 Credits | 375,501.64 |
| Ending Balance as of September 21, 2022 | 375,501.64 |

Deposits and Other Credits
Sep 15  MISC CREDIT    ACCT FUNDING                               375,501.64

Daily Balances
Aug 31              .00           Sep 15       375,501.64